```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION
```

ALMA MARTINEZ and MARIA CASTILLO, on
their own behalf and on behalf of
those similarly situated,

                    Plaintiffs,

vs.                                         Case No.   2:12-cv-231-FtM-29DNF

KENZIE KARE GROUP HOME, INC., a
Florida profit corporation,
CASSANDRA MCKENZIE, individually,

                    Defendants.
_____

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #31), filed November 27, 2012, recommending that the Joint Stipulation of Dismissal With Prejudice, Joint Motion for Approval of Settlement Agreement (Doc. #28), Joint Supplement (Doc. #30), and the Settlement Release Agreement (Doc. #30-1) be approved as a fair and reasonable resolution of a bona fide dispute of FLSA issues, and the case be dismissed.  No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review

factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED**:

1.  The Report and Recommendation (Doc. #31) is hereby **adopted** and the findings incorporated herein.

2.  The Joint Stipulation of Dismissal With Prejudice, Joint Motion for Approval of Settlement Agreement (Doc. #28) is **granted** and Settlement and Release Agreement (Doc. #30-1) is **approved** as fair and reasonable.

3.  The Clerk shall enter judgment **dismissing** the case with prejudice, terminate all deadlines and motions, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __17th__ day of December, 2012.

JOHN E. STEELE
United States District Judge

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record
Unrepresented parties